Stephen M. Lobbin (CA Bar No. 181195)
sml@smlavvocati.com
**SML Avvocati P.C.**
888 Prospect Street, Suite 200
La Jolla, CA 92037
Tel: 949.636.1391

*Counsel for Plaintiff Ad Innovations LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AD INNOVATIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**RENESAS ELECTRONICS AMERICA INC.,**<br><br>Defendant. | Case No. 5:26-cv-06655<br><br>COMPLAINT FOR PATENT INFRINGEMENT<br><br>DEMAND FOR JURY TRIAL |

Plaintiff Ad Innovations, LLC files this Original Complaint for Patent Infringement against Renesas Electronics America Inc., and would respectfully show the Court as follows:

## I.  **NATURE OF THE LAWSUIT**

1.     This is an action for patent infringement under the Patent Laws of the United States, Title 35 United States Code ("U.S.C.") resulting from Renesas Electronics America Inc., infringing, in an illegal and unauthorized manner and without authorization and/or consent from Ad Innovations, LLC, United States

COMPLAINT - 1

Patent No. 8,594,341 pursuant to 35 U.S.C. §271, and to recover damages, attorney's fees, and costs.

## II.  THE PARTIES

2.    Plaintiff Ad Innovations, LLC ("Ad Innovations" or "Plaintiff") is a Wyoming limited liability company having an address at 1712 Pioneer Ave., Ste. 500, Cheyenne, WY 82001.

3.    On information and belief, Defendant Renesas Electronics America Inc. ("Renesas" or "Defendant") is a California corporation with a regular and established places of business at 6024 Silver Creek Valley Road, San Jose, California 95138. Defendant has a registered agent CSC – Lawyers Incorporating Service at 2710 Gateway Okas Drive, Sacramento, California 95833.

## III.  JURISDICTION AND VENUE

4.    This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

5.    On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the California Long-Arm Statute, due at least to its business in this forum, including at least a portion of the infringements alleged herein at 6024 Silver Creek Valley Road, San Jose, California 95138.

COMPLAINT - 2

6. Without limitation, on information and belief, Defendant has derived revenues from its infringing acts occurring within California. Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in California. Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within California. Defendant has committed such purposeful acts and/or transactions in California such that it reasonably should know and expect that it could be sued in this Court as a consequence of such activity.

7. Venue is proper in this District under 28 U.S.C. § 1400(b). On information and belief, Defendant has a regular and established place of business in California and in this District at 6024 Silver Creek Valley Road, San Jose, California 95138. Further, Defendant is a California corporation. On information and belief, from and within this District, Defendant has committed acts of infringement, including at least a portion of the infringements at issue in this case.

8. For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

### IV.   COUNT I
### (PATENT INFRINGEMENT OF U.S. PATENT NO. 8,594,341)

9. Plaintiff incorporates the above paragraphs herein by reference.

COMPLAINT - 3

10.    On November 26, 2013, United States Patent No. 8,594,341 ("the '341 Patent") titled System and Methos for Selectively Switching Between a Plurality of Audio Channels was duly and legally issued by the United States Patent and Trademark Office.  The priority date of the '341 patent is at least as early as October 18, 2004.  The term of the patent is extended or adjusted under 35 U.S.C. §154(b) by 1,069 days.  A true and correct copy of the '341 Patent is attached hereto as Exhibit A and incorporated herein by reference.

11.    Ad Innovations is the assignee of all right, title, and interest in the '341 patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '341 Patent. Accordingly, Ad Innovations possesses the exclusive right and standing to prosecute the present action for infringement of the '341 Patent by Defendant.

12.    The '341 patent teaches systems and methods related to switching between a plurality of audio channels, and more particularly systems and methods enabling a user to listen to desired audio content with a total lack of distraction while selectively allowing certain important and selected sounds to interrupt the audio content.  (Ex. A at Abstract).

13.    With the proliferation and miniaturization of audio content devices, users are taking these devices into a variety of environments and frequently have the desire to enjoy the audio content in a virtual exclusion of sounds other than the desire audio content.  (*Id.* at 1:13-25).  Digital noise reduction sound processing

COMPLAINT - 4

and better headphone designs to isolate sound have allowed audio headphone and vehicle users to enhance their audio content listening experience. (*Id.* at 1:26-29). For example, in a vehicle, a user-driver may want to only listen to music to the exclusion of external sounds such as engine noise and sounds external to the vehicle and therefore vehicle design and noise reduction sound processing reduce or eliminate those sounds. (*Id.* at 1:32-40). However, prudency and laws in various states require that the user be able to hear certain external sounds while driving. (*Id.* at 1:40-48). For example, the sound of a car horn or the sound of an emergency vehicle are two noises that the user in the vehicle would want to (and in many cases be required by law) to hear. (*Id.* at 1:48-50). Therefore, a need existed for systems and methods for selectively switching between various audio channels, for example, between desired audio content and predetermined sound patterns. (*Id.* at 1:1:54-57).

14.    **Direct Infringement.** Upon information and belief, Defendant has been directly infringing and continues to infringe claim 40 of the '341 Patent in this District, California, and elsewhere in the United States. As shown below, Defendant infringes claim 40 of the '341 patent by performing (through use and testing) the claimed method for selectively switching between a plurality of audio channels in an audio device, namely using its Seeing-with-Sound (SWS) system.

15.    Defendant performs a method for selectively switching between a plurality of audio channels in an audio device. For example, Renesas provides a

COMPLAINT - 5

Seeing-with-Sound (SWS) system, an automotive safety warning system implemented within the Renesas RH850 and R-Car families of MCUs and SoCs used in in-vehicle infotainment systems ("audio device") with peer-to-peer displays. The SWS functionality, once integrated into a vehicle's infotainment system, utilizes a microphone array positioned around the vehicle to capture external environmental sounds, such as emergency sirens and nearby vehicles. The captured sound is transmitted to an audio processing unit via an audio signal bus. Further, the SWS technology continuously monitors external sounds and applies audio input processing and AI-based target detection to filter out non-siren noises, including background noise and loud music playing through the infotainment system. Once an emergency siren is detected, SWS notifies the driver of the approaching emergency vehicle through alerts presented via the vehicle's infotainment interface, thereby enabling the driver to hear and recognize the approaching emergency vehicle. It would be apparent to a person having ordinary skill in the art that, to effectively alert the driver, the infotainment system temporarily interrupts or suppresses the loud music playing in the vehicle while providing the alert. Therefore, SWS performs selective switching or overriding between multiple audio channels, namely, a first channel carrying infotainment audio content (e.g., music) and another channel carrying external audio signals, such as emergency sirens detected through the microphone array

COMPLAINT - 6

## AUTOMOTIVE SWS
Endpoint AI-enabled Solution

The passive sound field provides information about the environment around a vehicle that can be invisible to traditional ADAS line-of-sight sensing solutions. Renesas Automotive Seeing with Sound (SWS) finds and locates these targets even at a distance or around corners.

The AI technology for Automotive SWS provides early warning of emergency sirens, oncoming vehicles and other sound sources to augment existing autonomous driving and ADAS systems. This endpoint AI-enabled solution combines machine learning and edge processing in the Renesas RH850 family of MCUs and R-Car SoCs, utilizing acoustic sensors to allow a vehicle to drive more safely.



(*E.g.*, https://www.renesas.com/en/document/prb/automotive-sws?r=1626806).[1]

## Transforming Intelligent & Automated Driving Vehicles

Renesas R-Car System-on-Chips (SoCs) integrate advanced AI technology to deliver exceptional TOPS-per-Watt efficiency, balancing high performance with optimized power consumption for demanding, high-speed AI processing. The scalable R-Car family supports a wide range of automotive applications, including advanced driver assistance systems (ADAS), Navigate by Autopilot (NAO), automated driving up to Level 5, AI assistants powered by large language models (LLM) and visual language models (VLM), in-vehicle infotainment with peer-to-peer displays, and cross-domain solutions that combine ADAS and IVI. Built for safety-critical environments, R-Car SoCs comply with ISO 26262 standards and support up to ASIL-D, ensuring the highest level of functional safety for automotive operations.

Infotainment system of a vehicle ("audio device")

The R-Car platform offers hardware scalability and software flexibility, serving vehicles from entry-level to premium. It simplifies integration through support for open-source tools, compatible plug-ins, virtual platforms, and digital twins—accelerating development, enhancing adaptability, and streamlining implementation.

(*E.g.*, https://www.renesas.com/en/products/automotive-products/automotive-system-chips-socs#overview).

- **MEMS Mic Array** integrated into components or placed on the roof. Flexible geometry.
- **Automotive MCU** runs AI detection and localization software on inexpensive hardware
- **Detection** provided by AI models that classify different threats accurately at 1.5km distance for sirens, 35m+ for cars, trucks and motorcycles, and 10m for bicycles and joggers
- **Localization** through AI models that compute the angle of arrival, estimate distance, and detect whether threats are approaching or receding
- **AI Firmware** engineered by Reality AI (now Renesas), the foremost specialist in the application of machine learning to complex signal processing problems

(*E.g.*, https://www.renesas.com/en/software-tool/automotive-sound-recognition-sws#overview).

---

[1] Red text, boxes, and lines on the images in this Complaint are notations added to the image to facilitate the identification of relevant information supporting the accusation of infringement.

COMPLAINT - 7

COLUMBIA, Maryland — Systems for collision avoidance and autonomous operation based on cameras, LiDAR, or radar have, up to now, been limited to detecting line–of–site targets. Working with its partner DENSO Corporation, Reality AI has developed a new software solution that uses external microphones on cars to detect targets that are not in the direct line of sight.

Reality AI has created a system using an array of microphones connected to a processor to detect emergency vehicles, cars, motorbikes, bicycles, and other common road participants – alerting the driver and identifying in which direction the driver should look to see a target coming. Reality AI worked with DENSO Corporation and other automotive suppliers to develop specific functionality of the system for the automotive market.

(https://www.renesas.com/en/about/newsroom/reality-ai-lets-cars-see-around-corners-sound).

Automotive SWS is a system from Reality AI and its partners that allows cars to "see with sound."   In particular, it uses an array of MEMS microphones on the exterior of the vehicle to detect other road participants, compute the angle-of-arrival of the sound, and determine other properties of the target (approximate range, whether it is approaching or receding) where that is possible.   Automotive SWS is intended to supplement collision avoidance, ADAS and autonomous operation stacks based on cameras, lidar or radar that otherwise would be limited to line-of-sight.   Sound is a high-quality / low-cost addition that makes it possible, for example, to hear an emergency vehicle that is still .5km away (and therefore too far to see), or a car coming around a blind corner.   Automotive SWS won the 2020 Future Mobility Award from MobilityXLabs, and also a Best of Sensors 2021 award at Sensors Converge Expo.   Contact us  for more information on Automotive SWS, and to learn how to incorporate it into your own sensor / ADAS stack.

(*E.g.*, https://en-support.renesas.com/knowledgeBase/20742293).

We currently see that distracted driving is shifting the driver's focus away from the road combined with the passive and active noise cancellation techniques being deployed it is more difficult to hear and recognize the environment.

With SWS we are using the vehicles microphone or vibro-acoustic sensors to listen for emergency vehicles, horn honks, pedestrians, bi-cyclists, other vehicles, and pavement condition.

The market for Seeing with Sound (SWS) is initially focusing on Emergency Vehicle Sirens.

Regulations and Move Over Laws for Emergency Vehicles, or Automatic Emergency Braking are driving the implementation of the technology.

(*E.g.*, https://en-support.renesas.com/knowledgeBase/21443309).

For various industries driving to autonomy, Renesas offers the Seeing with Sound solution which augments the current ADAS/AD sensor suite by including the sensed modality of sound. When we drive, we're not only using our sense of sight but also relying on hearing and even vibrations to navigate our surroundings. We hear a lot of sounds from the environment around us that we may not be able to see the source of immediately or at all.

With SWS, we use the vehicle's microphones or vibro–acoustic sensors to listen for emergency vehicles, other vehicles on the road, pedestrians, and even cyclists, combined with a Renesas MCU like the RH850/U2A.

(*E.g.*,        https://www.renesas.com/en/blogs/increasing-autonomy-and-safety-through-ai).

COMPLAINT - 8

**Microphones**

The system is designed around small microphone subarrays of two or more inexpensive MEMS mics placed around a vehicle. This facilitates incorporation by a designer into their choice of body locations, so long as the positions are not substantially obstructed from ambient sound.

*Figure 4* illustrates positions that have been tested for a sedan. These include the corners of the car (near head- and taillights or in bumpers), on the corners of the roof, and in the center areas of the roof. Other locations are possible, including center bumpers, mirrors, and so forth.



**Fig. 4** 360° coverage is achieved with small mic arrays around the car, at any locations convenient to the designer, such as car corners or roof (e.g., orange, blue, cyan bars). A2B uses a single, lightweight cable bus routed to an MCU (yellow square), reducing complexity and weight significantly from traditional analog audio wiring.

(*E.g.*, https://www.renesas.com/en/document/whp/seeing-sound-ai-based-detection-participants-automotive-environment-passive-audio?r=1626806).

**Audio Signal Bus**

These pulse density modulation MEMS microphones are coupled in subarrays to Analog Devices (ADI) A2B® bus slave nodes, and over that bus to a master node for audio processing. The bus [6] provides us with 32-bit, 48 kHz sample rate, phase coherent digital channels from each microphone to our processing

(*E.g.*, https://www.renesas.com/en/document/whp/seeing-sound-ai-based-detection-participants-automotive-environment-passive-audio?r=1626806 at p. 5).

The code is fast and compact, and Reality AI machine learning inference does not require any special computing hardware. In its current implementation, we run audio input processing, AI target detection, and angle of arrival (AOA) on one core with code including the A2B stack occupying ~300KB. This is still operating in debug and not optimized for production. On the RH850 MCU, this leaves significant CPU, Flash and RAM for other tasks. We can operate either 4 microphone (180-degree coverage) or 8 (360-degree coverage) microphone configurations.

COMPLAINT - 9

(*E.g.,* https://www.renesas.com/en/document/whp/seeing-sound-ai-based-detection-participants-automotive-environment-passive-audio?r=1626806 at p. 6).

### Theory of operation



**Fig. 6** Processing flow diagram for Renesas Reality AI SWS system

As illustrated in *Figure 6*, our solution comprises two systems working together: a classifier that detects and distinguishes targets (e.g., sirens, cars) and a localizer that identifies the angle of arrival (AOA) of sound from the detected target.

The machine learning (ML) portions of the system were developed using Reality AI Tools™, a feature-mapping and ML development system designed specifically to address complex signal problems. This technology creates compact embedded inference code modules that have been used in the reference implementation.

(*E.g.,* https://www.renesas.com/en/document/whp/seeing-sound-ai-based-detection-participants-automotive-environment-passive-audio?r=1626806 at p. 7).

### Target detection and classification

Input from each microphone channel is processed to form a collection of time-frequency feature components. These components are evaluated with machine learning inference code to discriminate targets from background noise and to distinguish targets. To aid in suppressing false positives, agreement on target presence and type is required among multiple microphone channels. Additional time smoothing methods are employed to suppress brief errors due to sound field dynamics.

This subsystem outputs the presence or absence of each class of target. For ADAS display purposes, certain targets may be given priority or the system can easily be configured in a way to report multiple target types simultaneously.

COMPLAINT - 10

(*E.g.*,    https://www.renesas.com/en/document/whp/seeing-sound-ai-based-detection-participants-automotive-environment-passive-audio?r=1626806 at p. 7).



(*E.g.*,    https://www.renesas.com/en/video/reality-ai-sws-renesas-cars-can-see-sound at 0:47).



(*E.g.*,    https://www.renesas.com/en/video/reality-ai-sws-renesas-cars-can-see-sound at 0:58).

COMPLAINT - 11

The Automotive SWS sensor detects threats by monitoring sound waves through an array of microphones that act as a peripheral for the processor. The system can identify the direction from which emergency vehicles, cars, motorcycles, bicycles, joggers, and other objects are approaching and alert the driver of the objects even when hidden or around a corner. In addition, the machine learning capabilities of the Automotive SWS ensure that the sirens of specific countries can be detected worldwide.

(*E.g.*, https://www.renesas.com/en/about/newsroom/reality-ai-wins-best-sensors-2021-its-automotive-sws-sensor).

The Automotive SWS can accurately classify a wide variety of threats at a range of 1.5 kilometers for sirens, more than 35 meters for cars, trucks, motorcycles, and other mo vehicles, and 10 meters for joggers. Its machine learning models can compute the angle that the threat will arrive at, the threat's estimated distance, and whether the threat approaching or receding.



(*E.g.*, https://www.renesas.com/en/about/newsroom/reality-ai-wins-best-sensors-2021-its-automotive-sws-sensor).

16. Defendant performs the step of prestoring a plurality of predetermined digital sound patterns in a memory device, each of the plurality of predetermined digital sound patterns corresponding to a preselected external audio sound. For example, SWS identifies sounds such as emergency sirens, horn honks, pedestrians, and bicyclists ("preselected external audio sound") among other external noise and utilizes Reality AI to detect and distinguish target sounds from

COMPLAINT - 12

other sounds. It would be apparent that Reality AI is trained across a vast library of sounds that includes sirens ("plurality of predetermined digital sound patterns"), horn honks, engine hum, chatting passengers, and even music to ensure that sirens are correctly identified. Therefore, it would be apparent to a person having ordinary skill in the art that the SWS effectively stores these predetermined digital sound patterns in the memory of the Renesas RH850 and R-Car families of MCUs and SoCs used in in-vehicle infotainment systems for subsequent matching and identification of the siren when an emergency vehicle approaches.

## AUTOMOTIVE SWS
Endpoint AI-enabled Solution

The passive sound field provides information about the environment around a vehicle that can be invisible to traditional ADAS line-of-sight sensing solutions. Renesas Automotive Seeing with Sound (SWS) finds and locates these targets even at a distance or around corners.

The AI technology for Automotive SWS provides early warning of emergency sirens, oncoming vehicles and other sound sources to augment existing autonomous driving and ADAS systems. This endpoint AI-enabled solution combines machine learning and edge processing in the Renesas RH850 family of MCUs and R-Car SoCs, utilizing acoustic sensors to allow a vehicle to drive more safely.



(*E.g.*, https://www.renesas.com/en/document/prb/automotive-sws?r=1626806).



**Theory of operation**

Fig. 6 Processing flow diagram for Renesas Reality AI SWS system

As illustrated in *Figure 6*, our solution comprises two systems working together: a classifier that detects and distinguishes targets (e.g., sirens, cars) and a localizer that identifies the angle of arrival (AOA) of sound from the detected target.

The machine learning (ML) portions of the system were developed using Reality AI Tools™, a feature-mapping and ML development system designed specifically to address complex signal problems. This technology creates compact embedded inference code modules that have been used in the reference implementation.

(*E.g.*, https://www.renesas.com/en/document/whp/seeing-sound-ai-based-detection-participants-automotive-environment-passive-audio?r=1626806).

- **MEMS Mic Array** integrated into components or placed on the roof. Flexible geometry.
- **Automotive MCU** runs AI detection and localization software on inexpensive hardware
- **Detection** provided by AI models that classify different threats accurately at 1.5km distance for sirens, 35m+ for cars, trucks and motorcycles, and 10m for bicycles and joggers
- **Localization** through AI models that compute the angle of arrival, estimate distance, and detect whether threats are approaching or receding
- **AI Firmware** engineered by Reality AI (now Renesas), the foremost specialist in the application of machine learning to complex signal processing problems

(*E.g.*, https://www.renesas.com/en/software-tool/automotive-sound-recognition-sws#overview).

COMPLAINT - 14

The Renesas passive acoustic solution [2] complements existing methods by addressing all these limitations. Audio does not require a clear line of sight, and, in the case of a loud target such as an emergency vehicle siren, can work over long distances. Over moderate distances, targets can be tracked and located. Passive audio does not require specific illumination of the target with lighting or other energy sources. It can work even when targets are obscured or around corners.

We have demonstrated that audio can also be used to make class distinctions about target types, having developed models that can detect and classify emergency vehicle sirens, automobiles, motorbikes, bicycles, and pedestrians (joggers). Audio, coupled with a suitable AI model, provides a powerful capability that complements and improves on other solutions. It can supplement camera-based or lidar-based recognition as well as radar or ultrasonic with non-line-of-sight sensing at a low-cost point.

Prestoring a plurality of predetermined digital sound patterns

Providing a new modality that can "see" around obstacles and corners to produce an early warning – even when a target is out of sight of the driver or camera element – presents a powerful addition to safety and awareness.

(*E.g.*, https://www.renesas.com/en/document/whp/seeing-sound-ai-based-detection-participants-automotive-environment-passive-audio?r=1626806).

We currently see that distracted driving is shifting the driver's focus away from the road combined with the passive and active noise cancellation techniques being deployed it is more difficult to hear and recognize the environment.

With SWS we are using the vehicles microphone or vibro-acoustic sensors to listen for emergency vehicles, horn honks, pedestrians, bi-cyclists, other vehicles, and pavement condition.

The market for Seeing with Sound (SWS) is initially focusing on Emergency Vehicle Sirens.

Regulations and Move Over Laws for Emergency Vehicles, or Automatic Emergency Braking are driving the implementation of the technology.

(*E.g.*, https://en-support.renesas.com/knowledgeBase/21443309).

## Target detection and classification

Input from each microphone channel is processed to form a collection of time-frequency feature components. These components are evaluated with machine learning inference code to discriminate targets from background noise and to distinguish targets. To aid in suppressing false positives, agreement on target presence and type is required among multiple microphone channels. Additional time smoothing methods are employed to suppress brief errors due to sound field dynamics.

This subsystem outputs the presence or absence of each class of target. For ADAS display purposes, certain targets may be given priority or the system can easily be configured in a way to report multiple target types simultaneously.

(*E.g.*, https://www.renesas.com/en/document/whp/seeing-sound-ai-based-detection-participants-automotive-environment-passive-audio?r=1626806).

COMPLAINT - 15

**Transforming Intelligent & Automated Driving Vehicles**

Renesas R-Car System-on-Chips (SoCs) integrate advanced AI technology to deliver exceptional TOPS-per-Watt efficiency, balancing high performance with optimized power consumption for demanding, high-speed AI processing. The scalable R-Car family supports a wide range of automotive applications, including advanced driver assistance systems (ADAS), Navigate by Autopilot (NAO), automated driving up to Level 5, AI assistants powered by large language models (LLM) and visual language models (VLM), in-vehicle infotainment with peer-to-peer displays, and cross-domain solutions that combine ADAS and IVI. Built for safety-critical environments, R-Car SoCs comply with ISO 26262 standards and support up to ASIL-D, ensuring the highest level of functional safety for automotive operations.

*Infotainment system of a vehicle ("audio device")*

The R-Car platform offers hardware scalability and software flexibility, serving vehicles from entry-level to premium. It simplifies integration through support for open-source tools, compatible plug-ins, virtual platforms, and digital twins—accelerating development, enhancing adaptability, and streamlining implementation.

(*E.g.*, https://www.renesas.com/en/products/automotive-products/automotive-system-chips-socs#overview).

17.    Defendant performs the step of supplying audio content on a first channel of the audio device.  For example, the SWS system detects sounds such as emergency sirens, horn honks, pedestrians, and bicyclists and generates alerts that enable the driver to hear the detected sounds, such as emergency sirens, even when a loud stereo ("audio content") is playing inside the car. Accordingly, it would be apparent to a person having ordinary skill in the art that music is supplied over a first audio channel of the vehicular audio device, such as the media player, or radio (FM) of the infotainment system.

COMPLAINT - 16

(*E.g.*,    https://www.renesas.com/en/video/reality-ai-sws-renesas-cars-can-see-sound at 0:47).

Automotive SWS is a system from Reality AI and its partners that allows cars to "see with sound." In particular, it uses an array of MEMS microphones on the exterior of the vehicle to detect other road participants, compute the angle-of-arrival of the sound, and determine other properties of the target (approximate range, whether it is approaching or receding) where that is possible. Automotive SWS is intended to supplement collision avoidance, ADAS and autonomous operation stacks based on cameras, lidar or radar that otherwise would be limited to line-of-sight. Sound is a high-quality / low-cost addition that makes it possible, for example, to hear an emergency vehicle that is still .5km away (and therefore too far to see), or a car coming around a blind corner. Automotive SWS won the 2020 Future Mobility Award from MobilityXLabs, and also a Best of Sensors 2021 award at Sensors Converge Expo. Contact us for more information on Automotive SWS, and to learn how to incorporate it into your own sensor / ADAS stack.

(*E.g.*, https://en-support.renesas.com/knowledgeBase/20742293).

We currently see that distracted driving is shifting the driver's focus away from the road combined with the passive and active noise cancellation techniques being deployed it is more difficult to hear and recognize the environment.

With SWS we are using the vehicles microphone or vibro-acoustic sensors to listen for emergency vehicles, horn honks, pedestrians, bi-cyclists, other vehicles, and pavement condition.

The market for Seeing with Sound (SWS) is initially focusing on Emergency Vehicle Sirens.

Regulations and Move Over Laws for Emergency Vehicles, or Automatic Emergency Braking are driving the implementation of the technology.

(*E.g.*, https://en-support.renesas.com/knowledgeBase/21443309).

18.    Defendant performs the step of generating an acoustic signal from sound external to the audio device on a second channel. For example, SWS utilizes microphones or vibro-acoustic sensors to capture and detect sirens from approaching emergency vehicles ("sound external to the audio device"). The SWS

COMPLAINT - 17

continuously captures acoustic sounds ("acoustic signal") through the microphones and processes the captured audio to isolate target sounds such as emergency sirens from other background noise. The captured sound is transmitted to an audio processing unit via an audio signal bus ("a second channel"). The SWS then uses Reality AI to detect and classify the processed acoustic sound into a siren from an emergency vehicle to trigger alerts through the vehicle's infotainment system.



(*E.g.*, https://www.renesas.com/en/document/prb/automotive-sws?r=1626806).

We currently see that distracted driving is shifting the driver's focus away from the road combined with the passive and active noise cancellation techniques being deployed it is more difficult to hear and recognize the environment.

With SWS we are using the vehicles microphone or vibro-acoustic sensors to listen for emergency vehicles, horn honks, pedestrians, bi-cyclists, other vehicles, and pavement condition.

The market for Seeing with Sound (SWS) is initially focusing on Emergency Vehicle Sirens.

Regulations and Move Over Laws for Emergency Vehicles, or Automatic Emergency Braking are driving the implementation of the technology.

(*E.g.*, https://en-support.renesas.com/knowledgeBase/21443309).

COMPLAINT - 18

**Target detection and classification**

Input from each microphone channel is processed to form a collection of time-frequency feature components. These components are evaluated with machine learning inference code to discriminate targets from background noise and to distinguish targets. To aid in suppressing false positives, agreement on target presence and type is required among multiple microphone channels. Additional time smoothing methods are employed to suppress brief errors due to sound field dynamics.

This subsystem outputs the presence or absence of each class of target. For ADAS display purposes, certain targets may be given priority or the system can easily be configured in a way to report multiple target types simultaneously.

(https://www.renesas.com/en/document/whp/seeing-sound-ai-based-detection-participants-automotive-environment-passive-audio?r=1626806, at p. 7)

**Microphones**

The system is designed around small microphone subarrays of two or more inexpensive MEMS mics placed around a vehicle. This facilitates incorporation by a designer into their choice of body locations, so long as the positions are not substantially obstructed from ambient sound.

*Figure 4* illustrates positions that have been tested for a sedan. These include the corners of the car (near head- and taillights or in bumpers), on the corners of the roof, and in the center areas of the roof. Other locations are possible, including center bumpers, mirrors, and so forth.



**Fig. 4** 360˚ coverage is achieved with small mic arrays around the car, at any locations convenient to the designer, such as car corners or roof (e.g., orange, blue, cyan bars). A2B uses a single, lightweight cable bus routed to an MCU (yellow square), reducing complexity and weight significantly from traditional analog audio wiring.

(https://www.renesas.com/en/document/whp/seeing-sound-ai-based-detection-participants-automotive-environment-passive-audio?r=1626806 at p.5).

COMPLAINT - 19

**Audio Signal Bus**

These pulse density modulation MEMS microphones are coupled in subarrays to Analog Devices (ADI) A2B® bus slave nodes, and over that bus to a master node for audio processing. The bus [6] provides us with 32-bit, 48 kHz sample rate, phase coherent digital channels from each microphone to our processing

*(E.g.,* https://www.renesas.com/en/document/whp/seeing-sound-ai-based-detection-participants-automotive-environment-passive-audio?r=1626806 at p.5).

The code is fast and compact, and Reality AI machine learning inference does not require any special computing hardware. In its current implementation, we run audio input processing, AI target detection, and angle of arrival (AOA) on one core with code including the A2B stack occupying ~300KB. This is still operating in debug and not optimized for production. On the RH850 MCU, this leaves significant CPU, Flash and RAM for other tasks. We can operate either 4 microphone (180-degree coverage) or 8 (360-degree coverage) microphone configurations.

## Theory of operation



**Fig. 6** Processing flow diagram for Renesas Reality AI SWS system

As illustrated in *Figure 6*, our solution comprises two systems working together: a classifier that detects and distinguishes targets (e.g., sirens, cars) and a localizer that identifies the angle of arrival (AOA) of sound from the detected target.

The machine learning (ML) portions of the system were developed using Reality AI Tools™, a feature-mapping and ML development system designed specifically to address complex signal problems. This technology creates compact embedded inference code modules that have been used in the reference implementation.

*(E.g.,* https://www.renesas.com/en/document/whp/seeing-sound-ai-based-detection-participants-automotive-environment-passive-audio?r=1626806 at p. 7).

COMPLAINT - 20

19.    Defendant performs the step of receiving the audio content on the first channel and the acoustic signal on the second channel.  For example, the vehicle infotainment system enables the driver of the vehicle to listen to the stereo or media such as music ("receiving the audio content on the first channel"), while the SWS simultaneously monitors external sounds through the microphones or vibro-acoustic sensors to detect acoustic sounds of sirens from the emergency vehicle. The detected microphone audio is transmitted to be processed via the acoustic signal bus to the processing unit inside the vehicle infotainment system ("receiving the acoustic signal on the second channel").



(*E.g.*,    https://www.renesas.com/en/video/reality-ai-sws-renesas-cars-can-see-sound at 0:47).

Automotive SWS is a system from Reality AI and its partners that allows cars to "see with sound."  In particular, it uses an array of MEMS microphones on the exterior of the vehicle to detect other road participants, compute the angle-of-arrival of the sound, and determine other properties of the target (approximate range, whether it is approaching or receding) where that is possible.  Automotive SWS is intended to supplement collision avoidance, ADAS and autonomous operation stacks based on cameras, lidar or radar that otherwise would be limited to line-of-sight.  Sound is a high-quality / low-cost addition that makes it possible, for example, to hear an emergency vehicle that is still .5km away (and therefore too far to see), or a car coming around a blind corner.  Automotive SWS won the 2020 Future Mobility Award from MobilityXLabs, and also a Best of Sensors 2021 award at Sensors Converge Expo.  Contact us  for more information on Automotive SWS, and to learn how to incorporate it into your own sensor / ADAS stack.

(*E.g.*, https://en-support.renesas.com/knowledgeBase/20742293).

COMPLAINT - 21



**AUTOMOTIVE SWS**

Endpoint AI-enabled Solution

Siren from emergency vehicle ("sound external to the audio device")

The passive sound field provides information about the environment around a vehicle that can be invisible to traditional ADAS line-of-sight sensing solutions. Renesas Automotive Seeing with Sound (SWS) finds and locates these targets even at a distance or around corners.

The AI technology for Automotive SWS provides early warning of emergency sirens, oncoming vehicles and other sound sources to augment existing autonomous driving and ADAS systems. This endpoint AI-enabled solution combines machine learning and edge processing in the Renesas RH850 family of MCUs and R-Car SoCs, utilizing acoustic sensors to allow a vehicle to drive more safely.

(*E.g.*, https://www.renesas.com/en/document/prb/automotive-sws?r=1626806 at p. 1)

We currently see that distracted driving is shifting the driver's focus away from the road combined with the passive and active noise cancellation techniques being deployed it is more difficult to hear and recognize the environment.

With SWS we are using the vehicles microphone or vibro-acoustic sensors to listen for emergency vehicles, horn honks, pedestrians, bi-cyclists, other vehicles, and pavement condition.

The market for Seeing with Sound (SWS) is initially focusing on Emergency Vehicle Sirens.

Regulations and Move Over Laws for Emergency Vehicles, or Automatic Emergency Braking are driving the implementation of the technology.

(*E.g.*, https://en-support.renesas.com/knowledgeBase/21443309).

## Target detection and classification

Input from each microphone channel is processed to form a collection of time-frequency feature components. These components are evaluated with machine learning inference code to discriminate targets from background noise and to distinguish targets. To aid in suppressing false positives, agreement on target presence and type is required among multiple microphone channels. Additional time smoothing methods are employed to suppress brief errors due to sound field dynamics.

This subsystem outputs the presence or absence of each class of target. For ADAS display purposes, certain targets may be given priority or the system can easily be configured in a way to report multiple target types simultaneously.

COMPLAINT - 22

(*E.g.,* https://www.renesas.com/en/document/whp/seeing-sound-ai-based-detection-participants-automotive-environment-passive-audio?r=1626806 at p. 7).

**Microphones**

The system is designed around small microphone subarrays of two or more inexpensive MEMS mics placed around a vehicle. This facilitates incorporation by a designer into their choice of body locations, so long as the positions are not substantially obstructed from ambient sound.

*Figure 4* illustrates positions that have been tested for a sedan. These include the corners of the car (near head- and taillights or in bumpers), on the corners of the roof, and in the center areas of the roof. Other locations are possible, including center bumpers, mirrors, and so forth.



**Fig. 4** 360° coverage is achieved with small mic arrays around the car, at any locations convenient to the designer, such as car corners or roof (e.g., orange, blue, cyan bars). A2B uses a single, lightweight cable bus routed to an MCU (yellow square), reducing complexity and weight significantly from traditional analog audio wiring.

(*E.g.,* https://www.renesas.com/en/document/whp/seeing-sound-ai-based-detection-participants-automotive-environment-passive-audio?r=1626806 at p. 5).

**Audio Signal Bus**

These pulse density modulation MEMS microphones are coupled in subarrays to Analog Devices (ADI) A2B® bus slave nodes, and over that bus to a master node for audio processing. The bus [6] provides us with 32-bit, 48 kHz sample rate, phase coherent digital channels from each microphone to our processing

(*E.g.,* https://www.renesas.com/en/document/whp/seeing-sound-ai-based-detection-participants-automotive-environment-passive-audio?r=1626806 at p. 5).

COMPLAINT - 23

The code is fast and compact, and Reality AI machine learning inference does not require any special computing hardware. In its current implementation, we run audio input processing, AI target detection, and angle of arrival (AOA) on one core with code including the A2B stack occupying ~300KB. This is still operating in debug and not optimized for production. On the RH850 MCU, this leaves significant CPU, Flash and RAM for other tasks. We can operate either 4 microphone (180-degree coverage) or 8 (360-degree coverage) microphone configurations.

(*E.g.*, https://www.renesas.com/en/document/whp/seeing-sound-ai-based-detection-participants-automotive-environment-passive-audio?r=1626806).



**Fig. 6** Processing flow diagram for Renesas Reality AI SWS system

As illustrated in *Figure 6*, our solution comprises two systems working together: a classifier that detects and distinguishes targets (e.g., sirens, cars) and a localizer that identifies the angle of arrival (AOA) of sound from the detected target.

The machine learning (ML) portions of the system were developed using Reality AI Tools™, a feature-mapping and ML development system designed specifically to address complex signal problems. This technology creates compact embedded inference code modules that have been used in the reference implementation.

(*E.g.*, https://www.renesas.com/en/document/whp/seeing-sound-ai-based-detection-participants-automotive-environment-passive-audio?r=1626806 at p. 7).

20.     Defendant performs the step of determining whether the acoustic signal matched at least one of the plurality of predetermined digital sound patterns

stored in the memory device, wherein if the acoustic signal matches at least one of the plurality of predetermined digital sound patterns stored in the memory device, selecting the second channel such that an audible sound is generated from the second channel based on the acoustic signal, and if the acoustic signal does not match at least one of the plurality of predetermined digital sound patterns stored in the memory device, selecting the first channel such that an audible sound is generated from the first channel based on the audio content wherein the audio device includes a vehicular audio device.  For example, SWS utilizes microphones or vibro-acoustic sensors to actively listen and detect targets sounds such as a siren from the approaching emergency vehicles. The SWS utilize Reality AI to classify sounds of emergency sirens, and horn honks ("plurality of predetermined digital sound patterns") from emergency vehicles and cars. Therefore, it would be apparent to a person having ordinary skill in the art that SWS determines whether the sounds detected through microphone matched at least one of the different sirens from emergency vehicles, cars, pedestrians, and bicyclists. Further, once SWS identifies the siren from an approaching emergency vehicle ("if the acoustic signal matches at least one of the plurality of predetermined digital sound patterns"), the infotainment system of the vehicle provides alerts associated with the detection of the emergency vehicle siren, thereby enabling the driver to become aware of the approaching emergency vehicle. Additionally, the alert on the infotainment system includes acoustic patterns from the microphone channel and, therefore, it would be

COMPLAINT - 25

apparent to a person having ordinary skill in the art that the infotainment system generates an audible alert based on the identified siren ("audible sound is generated from the second channel based on the acoustic signal") such that the driver may hear the approaching emergency vehicle. Moreover, because the infotainment system simultaneously plays entertainment audio such as music ("audio content"), the generation of the alert necessarily involves prioritizing or overriding the first channel on which the music is playing in order to make the siren-based alert audible to the driver. Moreover, if the siren is not detected ("if the acoustic signal does not match any of the predetermined digital sound patterns stored"), the vehicle's infotainment system continues playing the music ("selecting the first channel to generate audible sound based on the audio content").

> The Automotive SWS sensor detects threats by monitoring sound waves through an array of microphones that act as a peripheral for the processor. The system can identify the direction from which emergency vehicles, cars, motorcycles, bicycles, joggers, and other objects are approaching and alert the driver of the objects even when hidden or around a corner. In addition, the machine learning capabilities of the Automotive SWS ensure that the sirens of specific countries can be detected worldwide.

(*E.g.*,   https://www.renesas.com/en/about/newsroom/reality-ai-wins-best-sensors-2021-its-automotive-sws-sensor).

> We currently see that distracted driving is shifting the driver's focus away from the road combined with the passive and active noise cancellation techniques being deployed it is more difficult to hear and recognize the environment.

> With SWS we are using the vehicles microphone or vibro-acoustic sensors to listen for emergency vehicles, horn honks, pedestrians, bi-cyclists, other vehicles, and pavement condition.

> The market for Seeing with Sound (SWS) is initially focusing on Emergency Vehicle Sirens.

> Regulations and Move Over Laws for Emergency Vehicles, or Automatic Emergency Braking are driving the implementation of the technology.

(*E.g.*, https://en-support.renesas.com/knowledgeBase/21443309).

COMPLAINT - 26

**Target detection and classification**

Input from each microphone channel is processed to form a collection of time-frequency feature components. These components are evaluated with machine learning inference code to discriminate targets from background noise and to distinguish targets. To aid in suppressing false positives, agreement on target presence and type is required among multiple microphone channels. Additional time smoothing methods are employed to suppress brief errors due to sound field dynamics.

This subsystem outputs the presence or absence of each class of target. For ADAS display purposes, certain targets may be given priority or the system can easily be configured in a way to report multiple target types simultaneously.

(*E.g.,* https://www.renesas.com/en/document/whp/seeing-sound-ai-based-detection-participants-automotive-environment-passive-audio?r=1626806 at p. 7).

**Theory of operation**



Fig. 6 Processing flow diagram for Renesas Reality AI SWS system

As illustrated in *Figure 6*, our solution comprises two systems working together: a classifier that detects and distinguishes targets (e.g., sirens, cars) and a localizer that identifies the angle of arrival (AOA) of sound from the detected target.

The machine learning (ML) portions of the system were developed using Reality AI Tools™, a feature-mapping and ML development system designed specifically to address complex signal problems. This technology creates compact embedded inference code modules that have been used in the reference implementation.

(*E.g.,* https://www.renesas.com/en/document/whp/seeing-sound-ai-based-detection-participants-automotive-environment-passive-audio?r=1626806 at p. 7).

COMPLAINT - 27

The Renesas passive acoustic solution [2] complements existing methods by addressing all these limitations. Audio does not require a clear line of sight, and, in the case of a loud target such as an emergency vehicle siren, can work over long distances. Over moderate distances, targets can be tracked and located. Passive audio does not require specific illumination of the target with lighting or other energy sources. It can work even when targets are obscured or around corners.

We have demonstrated that audio can also be used to make class distinctions about target types, having developed models that can detect and classify emergency vehicle sirens, automobiles, motorbikes, bicycles, and pedestrians (joggers). Audio, coupled with a suitable AI model, provides a powerful capability that complements and improves on other solutions. It can supplement camera-based or lidar-based recognition as well as radar or ultrasonic with non-line-of-sight sensing at a low-cost point.

Predetermined digital sound patterns stored in the memory

Providing a new modality that can "see" around obstacles and corners to produce an early warning – even when a target is out of sight of the driver or camera element – presents a powerful addition to safety and awareness.

(*E.g.,* https://www.renesas.com/en/document/whp/seeing-sound-ai-based-detection-participants-automotive-environment-passive-audio?r=1626806 at p. 1).



Stereo ("audio content") playing on vehicle's infotainment system

Loud stereo makes it difficult to hear oncoming traffic

(*E.g.,* https://www.renesas.com/en/video/reality-ai-sws-renesas-cars-can-see-sound at 0:47).

Automotive SWS is a system from Reality AI and its partners that allows cars to "see with sound." In particular, it uses an array of MEMS microphones on the exterior of the vehicle to detect other road participants, compute the angle-of-arrival of the sound, and determine other properties of the target (approximate range, whether it is approaching or receding) where that is possible. Automotive SWS is intended to supplement collision avoidance, ADAS and autonomous operation stacks based on cameras, lidar or radar that otherwise would be limited to line-of-sight. Sound is a high-quality / low-cost addition that makes it possible, for example, to hear an emergency vehicle that is still .5km away (and therefore too far to see), or a car coming around a blind corner. Automotive SWS won the 2020 Future Mobility Award from MobilityXLabs, and also a Best of Sensors 2021 award at Sensors Converge Expo. Contact us for more information on Automotive SWS, and to learn how to incorporate it into your own sensor / ADAS stack.

Alert enables driver to hear an emergency siren ("an audible sound is generated from the second channel based on the acoustic signal")

(*E.g.*, https://en-support.renesas.com/knowledgeBase/20742293).



(*E.g.*, https://www.renesas.com/en/video/reality-ai-sws-renesas-cars-can-see-sound at 0:58).

COMPLAINT - 29

(*E.g.*,    https://www.renesas.com/en/video/reality-ai-sws-renesas-cars-can-see-sound at 1:29).

The Automotive SWS can accurately classify a wide variety of threats at a range of 1.5 kilometers for sirens, more than 35 meters for cars, trucks, motorcycles, and other motor vehicles, and 10 meters for joggers. Its machine learning models can compute the angle that the threat will arrive at, the threat's estimated distance, and whether the threat is approaching or receding.



(*E.g.*,    https://www.renesas.com/en/about/newsroom/reality-ai-wins-best-sensors-2021-its-automotive-sws-sensor).

21.    **Induced Infringement.** Upon information and belief, Defendant has been and now is inducing infringement of claim 40 of the '341 patent in this District, in the State of California, and elsewhere in the United States, by providing AI Voice Solutions for Automotive applications which includes Seeing-with-Sound (SWS) system, for use by Defendant's customers to perform a method that infringes claim 40 as described above. (*Supra* ¶¶14-20).  At least as of the filing of this lawsuit, Defendant has had knowledge of the '341 Patent and knowledge that the use of the AI Voice Solutions for Automotive applications constituted direct patent infringement.  Despite this knowledge of infringement of claim 40 of

COMPLAINT - 30

the '341 patent, Defendant continued to encourage and induce its customers to use the Seeing-with-Sound (SWS) system, an automotive safety warning system implemented within the Renesas RH850 and R-Car families of MCUs and SoCs used in in-vehicle infotainment systems, to provide the selectively switching between a plurality of audio channels in an audio device in a manner that infringed claim 40 of the '341 patent.  Defendant is and has been committing the act of inducing infringement by specifically intending to induce infringement by providing its Seeing-with-Sound (SWS) system, an automotive safety warning system implemented within the Renesas RH850 and R-Car families of MCUs and SoCs used in in-vehicle infotainment systems, to its customers and by aiding and abetting its use in a manner known by Defendant to infringe claim 40 of the '341 Patent.  Specifically, Defendant provides the Seeing-with-Sound (SWS) system, an automotive safety warning system implemented within the Renesas RH850 and R-Car families of MCUs and SoCs used in in-vehicle infotainment systems, knowing that it performs a method for selectively switching between a plurality of audio channels in an audio device with prestored predetermined digital sound patterns in a memory device, each of the plurality of predetermined digital sound patterns corresponding to a preselected external audio sound, supplying audio content on a first channel SWS system applications, generating an acoustic signal from sound external to the audio device on a second channel in the SWS system applications, receiving the audio content on the first channel and the acoustic signal on the

COMPLAINT - 31

second channel in the SWS system applications, determining whether the acoustic signal matched at least one of the predetermined digital sound patterns stored in the memory device, and if the acoustic signal matches at least one of the predetermined digital sound patterns stored in the memory device, selecting the second channel such that an audible sound is generated from the second channel based on the acoustic signal, and if the acoustic signal does not match at least one of the plurality of predetermined digital sound patterns stored in the memory device, selecting the first channel such that an audible sound is generated from the first channel based on the audio content. (*Supra* ¶¶14-20). Defendant also informs its customers that their use of their product performs steps that infringe claim 40. (*Supra* ¶¶14-20). Defendant therefore knowingly induced and induces infringement and specifically intended to encourage and induce the infringement of claim 40 of the '341 patent by its customers. Even where performance of the steps required to infringe claim 40 of the '341 patent is accomplished by Defendant and Defendant's customer jointly, Defendant's actions have solely caused each of the steps to be performed.

22.    Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such infringement of the '341 Patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

COMPLAINT - 32

23.    On information and belief, Defendant will continue its infringement unless enjoined by the Court. Each and all of the Defendant's infringing conduct thus causes Plaintiff irreparable harm and will continue to cause such harm without the issuance of an injunction.

24.    The asserted claim of the '341 Patent (claim 40) is a method claim to which the marking requirements are not applicable.    Plaintiff has therefore complied with the marking statute 35 USC §287.

## V.    JURY DEMAND

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## VI.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a.    Judgment that claim 40 of United States Patent No. 8,594,341 has been infringed directly and indirectly, either literally and/or under the doctrine of equivalents, by Defendant;

b.    Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein, and an accounting of all infringements and damages not presented at trial;

c.    That Defendant be permanently enjoined from any further activity or conduct that infringes;

d.    That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

COMPLAINT - 33

e.    That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

June 30, 2026                                    Respectfully Submitted,

                                         /s/ Stephen M. Lobbin
                                        Stephen M. Lobbin
                                        SML Avvocati P.C.
                                        888 Prospect Street, Suite 200
                                        La Jolla, CA 92037
                                        (949) 636-1391
                                        sml@smlavvocati.com

                                        *Attorneys for Plaintiff*
                                        *Ad Innovations, LLC*

COMPLAINT - 34